IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 3:20-cr-0032 |
| ) | |
| **IDESHA STERROD,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**ORDER**

  **BEFORE THE COURT** is the Report and Recommendation of the magistrate judge recommending that the Court accept Idesha Sterrod's ("Sterrod") plea of guilty (ECF No. 56) to Count Two of the Indictment (ECF No. 24). After conducting a *de novo* review of the record and pursuant to Rule 11 of the Federal Rules of Criminal Procedure, the Court finds that Defendant Sterrod entered her guilty plea knowingly and voluntarily, and that there was a factual basis for the plea. The Court, therefore, will adopt the Report and Recommendation and find Sterrod guilty as to Count Two of the Indictment. Accordingly, it is hereby

  **ORDERED** that the Report and Recommendation (ECF No. 56) is **ADOPTED;** it is further

  **ORDERED** that Defendant Idesha Sterrod's plea of guilty as to Count Two of the Indictment is **ACCEPTED,** and Defendant Sterrod is adjudged **GUILTY** on that count; it is further

  **ORDERED** that, pursuant to Fed. R. Crim. P. 32(c)(1)(A), the U.S. Probation Office shall conduct a presentence investigation for the preparation of a presentence report; it is further

  **ORDERED** that the U.S. Probation Office shall disclose the preliminary presentence report to the parties no later than July 22, 2021; it is further

  **ORDERED** that the parties shall submit any objections or corrections to the preliminary presentence report to the U.S. Probation Office no later than August 5, 2021; it is further

**ORDERED** that the U.S. Probation Office shall disclose the final presentence report to the parties and the Court no later than August 19, 2021; it is further

**ORDERED** that the parties shall file their sentencing memoranda no later than September 2, 2021; it is further

**ORDERED** that a sentencing hearing is **SCHEDULED** to commence promptly at 10:00 A.M. on September 9, 2021, in STT Courtroom No. 1 before Chief Judge Robert A. Molloy.

**Date:** May 20, 2021                                            /s/ *Robert A. Molloy*
                                                                                **ROBERT A. MOLLOY**
                                                                                **Chief Judge**